UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADVANCE INDUSTRIAL COATING,
LLC, a Florida limited liability company

    Plaintiff,

v.                                                                          Case No:  2:15-cv-141-FtM-38DNF

WESTFIELD INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Stipulation to Stay of [sic] Proceedings Pending Arbitration (Doc. #19) filed on June 11, 2015. The parties agree to arbitrate. The parties requests that the Court stay this matter in light of the arbitration proceedings. Upon consideration, the Court will grant the parties' request.

Accordingly, it is now

**ORDERED:**

1. Stipulation to Stay of [sic] Proceedings Pending Arbitration (Doc. #19) is **GRANTED**.

2. This matter is **STAYED** until further Court order.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

3. The Clerk is directed to add a stay flag to the docket, suspend all deadlines, and deny any and all motions as moot.

4. The parties are directed to jointly notify the court in writing upon the completion of the arbitration proceeding, no later than seven days after the arbitration proceeding is completed.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of June, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record